# In The United States Court of Federal Claims

No. 09-273T

(Filed: May 14, 2010)

_____

DESERET MANAGEMENT
CORPORATION,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      On May 6, 2010, defendant filed a motion to amend the discovery schedule, which plaintiff opposed in part. After reviewing the materials submitted by the parties, the court hereby grants defendant's motion, in part, and denies it, in part. Accordingly:

1. On or before August 27, 2010, lead expert witnesses shall be designated and lead expert witness reports shall be served, pursuant to RCFC 26(a)(2);

2. Depositions of expert witnesses regarding the subject matter of their lead reports shall take place between August 30, 2010 and October 4, 2010;

3. On or before October 29, 2010, rebuttal expert witnesses shall be designated and rebuttal expert witness reports shall be served, pursuant to RCFC 26(a)(2);

4. On or before November 19, 2010, the parties shall take the depositions of all rebuttal expert witnesses, and all fact and expert discovery shall be completed;

5. All discoverable documents related to a particular lead or rebuttal expert, other than that expert's final report, must be produced at least 14 days before the deposition of that expert; and

6.        On or before December 5, 2010, the parties shall file a joint status report indicating how this case should proceed, with a proposed schedule, if appropriate.

The parties should anticipate that no further enlargements of these deadlines will be granted.

**IT IS SO ORDERED.**

 s/ Francis M. Allegra
Francis M. Allegra
Judge