# In The United States Court of Federal Claims

No. 09-273T

(Filed: September 2, 2010)

_____

DESERET MANAGEMENT CORPORATION,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On August 24, 2010, defendant filed a motion for enlargement of the discovery schedule in light electronic discovery produced on August 23, 2010. On August 30, 2010, plaintiff filed an opposition to this motion. The motion is hereby **GRANTED**, and the revised schedule for discovery is as follows:

1. On or before October 26, 2010, lead expert witnesses retained in connection with Counts II and III of the Complaint, shall be designated and lead expert witness reports shall be served, pursuant to RCF 26(a)(2);

2. Between October 29, 2010 and December 3, 2010, depositions of lead experts, retained in connection with Counts II and III of the Complaint, shall be taken;

3. On or before December 28, 2010, rebuttal expert witnesses shall be designated and rebuttal expert witness reports shall be served;

4. On or before January 18, 2011, depositions of all rebuttal expert witnesses shall be completed;

5. All discoverable documents related to a particular lead or rebuttal expert other than the expert's final report, must be produced at least 14 days before the deposition of that expert;

    6.       On or before January 18, 2011, all fact and expert discovery shall be completed; and

    7.       On or before February 1, 2011, the parties shall file a joint status report indicating how the case should proceed, with a proposed schedule, if appropriate.

**No further enlargement of this schedule will be granted.**

    **IT IS SO ORDER.**

                                                                      <u>s/ Francis M. Allegra</u>
                                                                      Francis M. Allegra
                                                                        Judge