# In The United States Court of Federal Claims

No. 09-273T

(Filed: January 24, 2011)

_____

DESERET MANAGEMENT CORPORATION,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A status conference will be held in this case on Monday, February 14, 2011, at 2:00 p.m. (EST) in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the conference.

The parties' joint status report that is currently due on or before February 1, 2011, is hereby **moot**.

**IT IS SO ORDERED.**

                                                    s/ Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge