# In The United States Court of Federal Claims

No. 09-273T

(Filed: February 1, 2011)
_____

DESERET MANAGEMENT CORPORATION,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On or before February 4, 2011, the parties shall file a copy of all lead expert and rebuttal expert reports served under Count I, including Ms. Flynn's second expert report, with the court.

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge