# In The United States Court of Federal Claims

No. 09-273T

(Filed: February 9, 2011)

_____

DESERET MANAGEMENT CORPORATION,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

The status conference that was originally scheduled for February 14, 2011, has been rescheduled for February 22, 2011, by telephone, at 2:00 p.m. (EST). The parties should be prepared to discuss the pending motion to substitute lead expert and motion to compel. Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra  
                                              Francis M. Allegra  
                                              Judge