# In The United States Court of Federal Claims

No. 09-273T

(Filed: February 16, 2011)
_____

DESERET MANAGEMENT CORPORATION,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      The status conference scheduled for February 22, 2011, at 2:00 p.m. (EST) will be held in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the conference.

      **IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge