# In The United States Court of Federal Claims

No. 09-273T

(Filed: May 5, 2011)

_____

DESERET MANAGEMENT CORPORATION,

                Plaintiff,

   v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On April 29, 2011, plaintiff filed an affidavit and itemized expense log in support of an award of expenses for its response to defendant's motion for leave to substitute lead expert. On or before May 25, 2011, defendant shall file its response to plaintiff's expense log.

    **IT IS SO ORDERED.**

                                                        s/ Francis M. Allegra
                                                        Francis M. Allegra
                                                        Judge