# In The United States Court of Federal Claims

No. 09-273T

(Filed: June 7, 2011)

_____

DESERET MANAGEMENT CORPORATION,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      A status conference will be held in this case on Friday, June 17, 2011, at 2:00 p.m. (EDT) in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the conference.

    **IT IS SO ORDERED.**

                                        s/ Francis M. Allegra  
                                        Francis M. Allegra  
                                        Judge