# In The United States Court of Federal Claims

No. 09-273T

(Filed: June 20, 2011)

_____

DESERET MANAGEMENT CORPORATION,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

     A status conference was held in this case on June 17, 2011.  Participating in the conference were Eric C. Olson, on behalf of plaintiff, and Karen Marie Groen, on behalf of defendant.  Pursuant to discussions during the conference, the court adopts the following schedule:

1. On or before October 3, 2011, the parties shall have the Meeting of Counsel and exchange exhibits and information on witnesses, including expert witnesses, to be used at trial.  *See* RCFC, Appendix A, ¶ 13(a) and (b);

2. On or before November 2, 2011, plaintiff shall file:

    i. Its Memorandum of Contentions of Fact and Law, containing a summary of plaintiff's basic factual contentions, together with any applicable legal authority.  *See* Appendix A, ¶ 14(a);

    ii. A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15(a); and

    iii. A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

3. On or before December 2, 2011, defendant shall file:

   i. Its response to plaintiff's Memorandum of Contentions of Fact and Law. *See* Appendix A, ¶ 14(b);

   ii. A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15; and

   iii. A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

4. A pre-trial conference will be held on January 27, 2012, at 10:00 a.m. (EST), at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the conference; and

5. Trial in this case will commence at 10:00 a.m. (EST) on Monday, February 27, 2012, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 2005. The courtroom location will be posted in the lobby on the day of trial. The subsequent day of trial will begin at 9:30 a.m. (EST), unless otherwise ordered.

**IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge