# In The United States Court of Federal Claims

No. 09-273T

(Filed: September 2, 2011)

_____

DESERET MANAGEMENT CORPORATION,

                Plaintiff,

  v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      On September 2, 2011, plaintiff filed a motion in limine re: August 29, 2011, supplement to Robyin Flynn's Rebuttal Expert Report filed electronically, to which were attached 29 separate Adobe PDF files. The motion is hereby **stricken**, as it does not comply with RCFC appendix E, ¶ 9(b) electronic filing requirements. On or before September 6, 2011, plaintiff shall refile the motion in limine, combining the contents of each Adobe PDF file so as to minimize the total number of attachments filed (while keeping within the 5 megabyte maximum file size requirement).

      **IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge