# In The United States Court of Federal Claims

No. 09-273T

(Filed: September 20, 2011)

_____

DESERET MANAGEMENT CORPORATION,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On September 16, 2011, the parties filed a joint motion for extension of time for subsequent briefings on the motion. The motion is hereby **GRANTED**. Accordingly:

1. On or before October 7, 2011, defendant shall file its response to plaintiff's motion in limine; and

2. On or before October 31, 2011, plaintiff shall file its reply in support of its motion in limine.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge