# In The United States Court of Federal Claims

No. 09-273T

(Filed: October 24, 2011)

_____

DESERET MANAGEMENT CORPORATION,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Thursday, October 27, 2011, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                                     s/ Francis M. Allegra
                                                     Francis M. Allegra
                                                     Judge