# In The United States Court of Federal Claims

No. 09-273T

(Filed: October 27, 2011)

_____

DESERET MANAGEMENT CORPORATION,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Today, a telephonic status conference was held in this case. Participating in the conference were Eric C. Olson, on behalf of plaintiff, and Karen Marie Groen, on behalf of defendant. Pursuant to discussions during the conference, the court hereby **GRANTS** the parties' joint motion for modification of briefing schedule, filed on October 20, 2011, and adopts the following schedule:

1. On or before November 18, 2011, plaintiff shall file:

    i. Its Memorandum of Contentions of Fact and Law, containing a summary of plaintiff's basic factual contentions, together with any applicable legal authority. *See* Appendix A, ¶ 14(a);

    ii. A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15(a); and

    iii. A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

3. On or before January 6, 2012, defendant shall file:

    i. Its response to plaintiff's Memorandum of Contentions of Fact and Law. *See* Appendix A, ¶ 14(b);

        ii.       A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15; and

        iii.      A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

4.      A pre-trial conference will be held on January 27, 2012, at 10:00 a.m. (EST), at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the conference; and

5.      Trial in this case will commence at 2 p.m. (EST) on Thursday, February 23, 2012, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 2005. The courtroom location will be posted in the lobby on the day of trial. The subsequent day of trial will begin at 9:30 a.m. (EST), unless otherwise ordered.

**IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge