# In The United States Court of Federal Claims

No.  09-273T

(Filed:  January 19, 2012)

_____

DESERET MANAGEMENT CORPORATION,

                         Plaintiff,

      v.

THE UNITED STATES,

                         Defendant.

_____

**ORDER**

_____

On January 18, 2012, defendant filed a motion for authorization to serve subpoenas at places more than 100 miles from the place of trial for three witnesses.  On or before January 26, 2012, plaintiff shall file its response.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge