# In The United States Court of Federal Claims

No. 09-273T

(Filed: January 30, 2012)

_____

DESERET MANAGEMENT CORPORATION,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On January 18, 2012, defendant filed a motion for authorization to service subpoenas at places more than 100 miles from the place of trial for three witnesses. The motion is hereby **GRANTED**.

Pursuant to RCFC 45(b)(2)(D), defendant is authorized to issue subpoenas compelling the following proposed trial witnesses to travel more than 100 miles to testify at the trial in this matter, which is scheduled to commence on February 23, 2012, in Washington, D.C.:

1. Richard Mecham;
2. Michael Thomas; and
3. Delon Williams.

**IT IS SO ORDERED.**

                                                        s/ Francis M. Allegra
                                                        Francis M. Allegra
                                                        Judge