# In The United States Court of Federal Claims

No. 09-273T

(Filed: March 8, 2012)

_____

DESERET MANAGEMENT CORPORATION,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

During trial, defendant admitted to errors in certain spreadsheets that were in the record. Consistent with discussions at trial, the court hereby orders the following:

1. On or before March 12, 2012, defendant shall file its updated spreadsheets on CD-ROM; and

2. On or before March 19, 2012, plaintiff shall file its updated spreadsheets on CD-ROM.

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge