# In The United States Court of Federal Claims

No. 09-273T

(Filed: April 18, 2012)

_____

DESERET MANAGEMENT CORPORATION,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On February 23, 2012, through March 1, 2012, the court held trial in this case in Washington, D.C.  On April 12, 2012, the court received a copy of the trial transcript.  Proof in this case is now closed.

**IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge