# In The United States Court of Federal Claims

No. 09-273T

(Filed: April 23, 2012)

_____

DESERET MANAGEMENT CORPORATION,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On April 19, 2012, plaintiff filed a motion to correct the trial transcript. On or before April 27, 2012, defendant shall file its response to the motion.

**IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge