# In The United States Court of Federal Claims

No.  09-273T

(Filed:  April 30, 2012)
_____

DESERET MANAGEMENT CORPORATION,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On April 19, 2012, plaintiff filed a motion to correct the trial transcript.  On April 27, 2012, defendant filed its response, indicating that it did not oppose the motion.  Accordingly:

1.     On or before May 7, 2012, Heritage Reporting Company shall correct all errors in the trial transcript enumerated in Attachments A and B and provide the parties and court with corrected copies;

2.     On or before May 30, 2012, the parties shall simultaneously file post-trial briefs.  Initial post-trial briefs shall not exceed 100 pages;

3.     On or before June 30, 2012, the parties shall simultaneously file replies to the initial post-trial briefs.  The reply briefs shall not exceed 60 pages; and

4.     After replies have been filed, the court will contact the parties telephonically to arrange a date for closing argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge

**EXHIBIT A**

**Deseret Management Corporation v. United States, Case No. 09-273T**

**TRIAL TRANSCRIPT ERRATA SHEET**

February 23, 2012

| PAGE | LINE | EXISTING TEXT | CHANGE TO |
|------|------|---------------|-----------|
| 18 | 13 | loss and | Lawson |
| 119 | 8 | edition | addition |

February 24, 2012

| PAGE | LINE | EXISTING TEXT | CHANGE TO |
|------|------|---------------|-----------|
| 274 | 16 | Reckless | Reclass |
| 275 | 16 | REF ROCK | Rev. Proc |
| 275 | 17 | REF ROCK | Rev. Proc. |
| 298 | 23-24 | for points | per point |
| 319 | 14 | situated | stipulated |
| 353 to 395 | | Irvin | Ervin |
| 356 | 19 | Sensations | stations |
| 370 | 19 | In call | I call |
| 394 | 21 | cam | can |

1

**EXHIBIT A**

**Deseret Management Corporation v. United States, Case No. 09-273T**

**TRIAL TRANSCRIPT ERRATA SHEET**

February 27, 2012

| PAGE | LINE | EXISTING TEXT | CHANGE TO |
|------|------|---------------|-----------|
| 509 | 11 | ? | . |
| 542 | 14 | planned | Plan |
| 543 | 8 | conceptual | Perceptual |
| 545 | 10 | Pine | Plan |
| 546 | 2-3 | In the case | Q    In the case… |
| 559 | 17 | artist | market |
| 560 | 11-14 | 11 A    Correct, yes.<br>12 Q    And this is | 11 A  Correct, yes; and this is… |
| 560 | 14-15 | Now, let's go… | Q    Now, let's go… |
| 566 | 3-7 | So you conclude… | Q    So you conclude… |
| 573 | 12-13 | 12 Q  Let me inter…<br>13 A  Did you have… | 12 Q  Let me inter… Did you have… |
| 602 | 6 | duopoles | duopolies |
| 603 | 18 | cache | cachet |
| 605 | 22 | KBC | KABC |
| 606 | 7 | number priority | number one priority |
| 606 | 13 | sole | sold |
| 614 | 7 | concludes | includes |
| 617 | 16 | capsule | cash flow |

**EXHIBIT A**

**Deseret Management Corporation v. United States, Case No. 09-273T**

**TRIAL TRANSCRIPT ERRATA SHEET**

| | | | |
|---|---|---|---|
| 617 | 19 | singular | St. Louis |
| 620 | 4 | in | And |
| 674 | 11 | Bonneville owned . . . | Q  Bonneville owned |

February 28, 2012

| PAGE | LINE | EXISTING TEXT | CHANGE TO |
|---|---|---|---|
| 815 | 24 | KPIG | KBIG |
| 879 | 13 | produce | reduce |
| 893 | 13 | FCC | SEC |
| 893 | 17 | FCC's | SEC's |
| 901 | 5 | KFCA's | KSCA's |
| 901 | 7 | KFCA | KSCA |
| 923 | 25 | KFCA | KSCA |
| 933 | 2-3 | 2 ...right, correct?  THE WITNESS: ... | 2 ...right, correct? 3  THE WITNESS: ... |
| 933 | 4 | this profit | the product |
| 943 | 7 | 169 | .69 |
| 951 | 3 | ECL | Excel |
| 958 | 23 | In ploy | Employed |

**EXHIBIT A**

**Deseret Management Corporation v. United States, Case No. 09-273T**

**TRIAL TRANSCRIPT ERRATA SHEET**

February 29, 2012

| PAGE | LINE | EXISTING TEXT | CHANGE TO |
|------|------|---------------|-----------|
| 1208 | 15 | KFCA | KSCA |
| 1214 | 7 | outside | upside |
| 1243 | 3 | FCC | SEC |
| 1235 | 8 | FCC | SEC |
| 1236 | 8 | Security Exchange | Securities and Exchange |
| 1236 | 10 | FCC | SEC |
| 1238 | 16 | FCC | SEC |
| 1241 | 8 | FCC | SEC |
| 1249 | 18 | FCC | SEC |
| 1253 | 13 | FCC | SEC |
| 1253 | 14 | FCC | SEC |
| 1254 | 8 | subjected | subjective |
| 1269 | 18 | rev vet | a reported |
| 1271 | 19 | FBIA | BIA |
| 1322 | 14 | they're responsive | they're not responsive |
| 1339 | 4 | KFCA | KSCA |
| 1353 | 20 | CVS | CBS |
| 1356 | 9 | addition | edition |
| 1357 | 24 | urinalysis | your analysis |

4

**EXHIBIT A**

**Deseret Management Corporation v. United States, Case No. 09-273T**

**TRIAL TRANSCRIPT ERRATA SHEET**

| | | | |
|---|---|---|---|
| 1367 | 6 | 2005 | 2000 |
| 1404 | 19 | dcf (phonetic) | the next |
| 1429 | 11 | FCC | SEC |
| 1429 | 15 | FCC | SEC |
| 1443 | 17 | KFXG | KFSG |
| 1449 | 21-22 | possible?  A<br>Well | possible?<br>A  Well |

March 1, 2012

| PAGE | LINE | EXISTING TEXT | CHANGE |
|---|---|---|---|
| 1612 | 1 | FCC | SEC |
| 1629 | 23 | class V | class B |
| 1630 | 2 | class V | class B |
| 1631 | 8 | class V | class B |
| 1638 | 21-22 | Q  Yes.<br>A.  The one that was… | Q  Yes. A. The one that… |
| 1638 | 24 | Q  Yes, I did not… | A  Yes, I did not… |
| 1638 | 25 | A  You rejected it.  … | Q  You rejected it.  … |
| 1640 | 15 | contest | context |
| 1644 | 3 | illusive | elusive |
| 1655 | 21 | KWSG | KFSG |
| 1657 | 2 | Q Well, I do say… | A  Well, I do say… |

5

**EXHIBIT A**

**Deseret Management Corporation v. United States, Case No. 09-273T**

**TRIAL TRANSCRIPT ERRATA SHEET**

| | | | |
|---|---|---|---|
| 1658 | 12 | class V | class B |
| 1696 | 11-12 | ...much higher.  THE COURT: All right | ...much higher. THE COURT: All right... |
| 1696 | 17 | IA | ??? |
| 1703 | 2 | termination | determination |
| 1724 | 16 | Seagull | Siegel |
| 1724 | 16 | Warton | Wharton |
| 1726 | 9 | primary number | prime rate |
| 1741 | 1-2 | ...myself. QAnd you've never... | ...myself. Q    And you've never... |
| 1748 | 5 | indicated | indicator |
| 1754 | 17 | bed | Bid |
| 1765 | 3 | Singfield | Sinquefield |
| 1768 | 24 | $215 | $250 |
| 1777 | 23 | expurling (phonetic) | exploding |
| 1782 | 10 | 150 | $150 |
| 1807 | 16 | They're merely | There are a myriad of |
| 1810 | 24 | FCC | SEC |
| 1811 | 8 | FCC | SEC |
| 1819 | 7 | FCC | SEC |

<u>**EXHIBIT A**</u>

**Deseret Management Corporation v. United States, Case No. 09-273T**

**TRIAL TRANSCRIPT ERRATA SHEET**

<u>**Changes to Page Headings**</u>

<u>February 27</u>

| PAGE | EXISTING TEXT | CHANGE TO |
|------|---------------|-----------|
| 506-522 | Blank heading | Mecham - Direct |
| 541-583 | Mecham - Redirect | Ackerman - Direct |
| 593-648 | Ackerman - Redirect | Smulyan - Direct |
| 670-691 | Smulyan - Redirect | Reese - Direct |

<u>March 1</u>

| | | |
|------|---------------|-----------|
| 1773 - 1779 | Hausen | Hausman |

<u>**Corrections to "Contents"**</u>
<u>**Pages of Transcripts -**</u>
<u>**February 27**</u>

| PAGE | WITNESS | EXISTING TEXT | CHANGE TO |
|------|---------|---------------|-----------|
| | | DIRECT | DIRECT |
| 503 | Mecham | - - | 506 |
| 503 | Ackerman | - - | 541 |
| 503 | Smulyan | - - | 593 |
| 503 | Reese | - - | 670 |

7

**EXHIBIT A**

**Deseret Management Corporation v. United States, Case No. 09-273T**

**TRIAL TRANSCRIPT ERRATA SHEET**

**Corrections to "Contents"**
**Pages of Transcript –**
 **March 1**

| PAGE | WITNESS | EXISTING TEXT | | CHANGE TO | |
|------|---------|---------------|---------|-----------|-------|
|      |         | REDIRECT | RECROSS | DIRECT | CROSS |
| 1601 | Jerry Hausman | 1721 | 1733 | 1721 | 1733 |
| 1601 | James R. Bond | 1784 | 1813 | 1784 | 1813 |

8

**EXHIBIT B**

**Deseret Management Corporation v. United States – Case No. 09-273T**

**Corrections to Exhibit
Descriptions**

| Plaintiff Exhibit No. | Corrected Description |
| --- | --- |
| 37 | 6/22/00 M Street Daily Newsletter |
| 39 | BIA Appraisal as of 10/6/00 of Radio Stations WRTH (AM) et al |
| 40 | BIA Consulting Appraisal as of 4/1/98 of Radio Station KZLA (FM) et al |
| 41 | BIA Consulting Appraisal as of 4/1/98 of Radio Stations KBIG (FM) et al |
| 42 | Expert report of James R. Bond, Jr. regarding Fair Market Value of FCC License of Radio Station KZLA FM as of 10/6/00 |
| 43 | Rebuttal Report of James R. Bond Jr. |
| 44 | Rebuttal Expert Report of Professor Jerry A. Hausman |
| 45 | Expert Report of John Seabrook Regarding Reclassification of Assets |
| 46 | Expert Report of Stanley M. Besen, Ph.D. 8/27/10 |
| 47 | Expert Report of Robin V. Flynn Regarding Fair market Value as of 10/6/00 |
| 48 | Excel Spreadsheet for 1/10/11 Expert Report of Robin V. Flynn produced on 3/16/11 |
| 50 | KZLA FM FCC License |

1

**EXHIBIT B**

**Deseret Management Corporation v. United States – Case No. 09-273T**

| 51 | Notice of Proposed Adjustment 2/28/05 (Issue No. 19) |
| 52 | Notice of Proposed Adjustment 3/8/05 (Issue No. 7b) |
| 57 | Valuing A Business, Pratt, Reilly & Schweiss (4th Ed.) pp. 317-320 |

| Defendant<br>Exhibit No. | Corrected Description |
| --- | --- |
| 5 | Bond & Pecaro: Current Valuations Issues, FASB 164 |
| 9 | Bond & Pecaro: Implementing the Guidelines: FASB Statement 142 (5/02) |
| 11 | Mentions of Goodwill in Station Trades (12/28/10) |
| 12 | Radio Station Sales in LA, Year 2000 (12/28/10) |
| 14 | Beasley Broadcast Group Inc. Form 10-Q (9/30/00) |
| 15 | Big City Radio Inc. Form 10-Q (9/30/00) |
| 16 | Citadel Communications Corp Form 10-Q (9/30/00) |
| 17 | Cox Radio Inc. Form 10-q (9/30/00) |
| 23 | Regent Communications Inc. Form 10-Q (9/30/00) |
| 32 | Expert Report Regarding Fair Market Value of FCC License and Goodwill of Radio Station KZLA FM (supplemented 8/29/11) |

2

**EXHIBIT B**

**Deseret Management Corporation v. United States – Case No. 09-273T**

| Joint Exhibits No. | Corrected Description |
|---|---|
| 1 | BIA Financial Network Inc. Appraisal of KZLA as of 10/6/00 |
| 2 | Form letter 950 (30 Day Letter) for tax years 2000-2002 to DMC |
| 4 | Form 4340, Cert of Assessments, etc. for DMC for tax year 2000 |
| 5 | Form 4340, Cert of Assessments, etc. for DMC for tax year 2001 |
| 6 | Form 4340, Cert of Assessments, etc. for DMC for tax year 2002 |
| 7 | Amended U.S. Corp Income tax return for tax year 2000 Claim for Refund |
| 8 | Form letter 569 (2/19/09) re: Claim for Refund |
| 9 | Form 2297 Waiver of Statutory Notice (3/04/09) |
| 10 | Form 3363, Acceptance of Disallowance of Claim for Refund (3/4/09) |
| 11 | DMC letter of transmittal to IRS for Form 2297, 3363 (3/4/09) |
| 12 | Letter from B. Reese to BHC 4/19/00 |
| 13 | Letter from B. Reese to J. Smulyan, 4/28/00 |
| 14 | Letter to Intent (BIC, BHC, Emmis) (6/21/00) |
| 15 | Asset Exchange Agreement (BIC, BHC, Emmis) (10/6/00) |

3

**EXHIBIT B**

**Deseret Management Corporation v. United States – Case No. 09-273T**

**Missing Plaintiff's
Exhibits, All Identified
on p. 26 and Received
on p. 58**

| Exhibit No. | Description |
|---|---|
| 33 | Defendants' Supp. Response to Interrogatories |
| 34 | FCC Review of Radio Industry, 2001 |
| 35 | Coleman Research, Inc. Report on KZLA (1999) |
| 36 | Coleman Research PowerPoint Presentation on KZLA (1999) |
| 53 | Notice of Proposed Adjustment 4/4/05 (Issue No. 32) |

**Other Corrections to
Plaintiff's Exhibits**

| | |
|---|---|
| 58 | Remove from list |
| 60 | Remove from list |

**Addition to Plaintiff's
Exhibits**

| | |
|---|---|
| 59 | CD-ROM containing plaintiff's updated Excel spreadsheets, filed 3/19/12 |

**Addition to
Defendant's Exhibits**

| | |
|---|---|
| 49-A | CD-ROM containing defendant's updated excel spreadsheets, filed 3/9/12 |

4