# In The United States Court of Federal Claims

No.  09-273T

(Filed:  April 30, 2012)

_____

DESERET MANAGEMENT CORPORATION,

    Plaintiff,

v.

THE UNITED STATES,

    Defendant.

_____

**ORDER**

_____

On April 19, 2012, plaintiff filed a motion to correct the trial transcript.  On April 27, 2012, defendant filed its response, indicating that it did not oppose the motion.  Accordingly:

1.   On or before May 7, 2012, Heritage Reporting Company shall correct all errors in the trial transcript enumerated in Attachments A and B and provide the parties and court with corrected copies;

2.   On or before May 30, 2012, the parties shall simultaneously file post-trial briefs.  Initial post-trial briefs shall not exceed 100 pages;

3.   On or before June 30, 2012, the parties shall simultaneously file replies to the initial post-trial briefs.  The reply briefs shall not exceed 60 pages; and

4.   After replies have been filed, the court will contact the parties telephonically to arrange a date for closing argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge

**EXHIBIT A**

**Deseret Management Corporation v. United States, Case No. 09-273T**

**TRIAL TRANSCRIPT ERRATA SHEET**

February 23, 2012

| PAGE | LINE | EXISTING TEXT | CHANGE TO |
|---|---|---|---|
| 18 | 13 | loss and | Lawson |
| 119 | 8 | edition | addition |

February 24, 2012

| PAGE | LINE | EXISTING TEXT | CHANGE TO |
|---|---|---|---|
| 274 | 16 | Reckless | Reclass |
| 275 | 16 | REF ROCK | Rev. Proc |
| 275 | 17 | REF ROCK | Rev. Proc. |
| 298 | 23-24 | for points | per point |
| 319 | 14 | situated | stipulated |
| 353 to 395 | | Irvin | Ervin |
| 356 | 19 | Sensations | stations |
| 370 | 19 | In call | I call |
| 394 | 21 | cam | can |

1

**EXHIBIT A**

**Deseret Management Corporation v. United States, Case No. 09-273T**

**TRIAL TRANSCRIPT ERRATA SHEET**

February 27, 2012

| PAGE | LINE | EXISTING TEXT | CHANGE TO |
|------|------|---------------|-----------|
| 509 | 11 | ? | . |
| 542 | 14 | planned | Plan |
| 543 | 8 | conceptual | Perceptual |
| 545 | 10 | Pine | Plan |
| 546 | 2-3 | In the case | Q   In the case... |
| 559 | 17 | artist | market |
| 560 | 11-14 | 11 A   Correct, yes.<br>12 Q   And this is | 11 A  Correct, yes; and this is... |
| 560 | 14-15 | Now, let's go... | Q   Now, let's go... |
| 566 | 3-7 | So you conclude... | Q   So you conclude... |
| 573 | 12-13 | 12 Q  Let me inter...<br>13 A  Did you have... | 12 Q  Let me inter... Did you have... |
| 602 | 6 | duopoles | duopolies |
| 603 | 18 | cache | cachet |
| 605 | 22 | KBC | KABC |
| 606 | 7 | number priority | number one priority |
| 606 | 13 | sole | sold |
| 614 | 7 | concludes | includes |
| 617 | 16 | capsule | cash flow |

**EXHIBIT A**

**Deseret Management Corporation v. United States, Case No. 09-273T**

**TRIAL TRANSCRIPT ERRATA SHEET**

| | | | |
|---|---|---|---|
| 617 | 19 | singular | St. Louis |
| 620 | 4 | in | And |
| 674 | 11 | Bonneville owned . . . | Q  Bonneville owned |

February 28, 2012

| PAGE | LINE | EXISTING TEXT | CHANGE TO |
|---|---|---|---|
| 815 | 24 | KPIG | KBIG |
| 879 | 13 | produce | reduce |
| 893 | 13 | FCC | SEC |
| 893 | 17 | FCC's | SEC's |
| 901 | 5 | KFCA's | KSCA's |
| 901 | 7 | KFCA | KSCA |
| 923 | 25 | KFCA | KSCA |
| 933 | 2-3 | 2 ...right, correct?  THE WITNESS: ... | 2 ...right, correct?<br>3  THE WITNESS: ... |
| 933 | 4 | this profit | the product |
| 943 | 7 | 169 | .69 |
| 951 | 3 | ECL | Excel |
| 958 | 23 | In ploy | Employed |

3

**EXHIBIT A**

**Deseret Management Corporation v. United States, Case No. 09-273T**

**TRIAL TRANSCRIPT ERRATA SHEET**

February 29, 2012

| PAGE | LINE | EXISTING TEXT | CHANGE TO |
|------|------|---------------|-----------|
| 1208 | 15 | KFCA | KSCA |
| 1214 | 7 | outside | upside |
| 1243 | 3 | FCC | SEC |
| 1235 | 8 | FCC | SEC |
| 1236 | 8 | Security Exchange | Securities and Exchange |
| 1236 | 10 | FCC | SEC |
| 1238 | 16 | FCC | SEC |
| 1241 | 8 | FCC | SEC |
| 1249 | 18 | FCC | SEC |
| 1253 | 13 | FCC | SEC |
| 1253 | 14 | FCC | SEC |
| 1254 | 8 | subjected | subjective |
| 1269 | 18 | rev vet | a reported |
| 1271 | 19 | FBIA | BIA |
| 1322 | 14 | they're responsive | they're not responsive |
| 1339 | 4 | KFCA | KSCA |
| 1353 | 20 | CVS | CBS |
| 1356 | 9 | addition | edition |
| 1357 | 24 | urinalysis | your analysis |

<u>**EXHIBIT A**</u>

**Deseret Management Corporation v. United States, Case No. 09-273T**

**TRIAL TRANSCRIPT ERRATA SHEET**

| | | | |
|---|---|---|---|
| 1367 | 6 | 2005 | 2000 |
| 1404 | 19 | dcf (phonetic) | the next |
| 1429 | 11 | FCC | SEC |
| 1429 | 15 | FCC | SEC |
| 1443 | 17 | KFXG | KFSG |
| 1449 | 21-22 | possible?  A<br>Well | possible?<br>A  Well |

<u>March 1, 2012</u>

| <u>PAGE</u> | <u>LINE</u> | <u>EXISTING TEXT</u> | <u>CHANGE</u> |
|---|---|---|---|
| 1612 | 1 | FCC | SEC |
| 1629 | 23 | class V | class B |
| 1630 | 2 | class V | class B |
| 1631 | 8 | class V | class B |
| 1638 | 21-22 | Q  Yes.<br>A.  The one that was… | Q  Yes. A. The one that… |
| 1638 | 24 | Q  Yes, I did not… | A  Yes, I did not… |
| 1638 | 25 | A  You rejected it.  … | Q  You rejected it.  … |
| 1640 | 15 | contest | context |
| 1644 | 3 | illusive | elusive |
| 1655 | 21 | KWSG | KFSG |
| 1657 | 2 | Q Well, I do say… | A  Well, I do say… |

5

**EXHIBIT A**

**Deseret Management Corporation v. United States, Case No. 09-273T**

**TRIAL TRANSCRIPT ERRATA SHEET**

| | | | |
|---|---|---|---|
| 1658 | 12 | class V | class B |
| 1696 | 11-12 | ...much higher.  THE COURT: All right | ...much higher. THE COURT: All right... |
| 1696 | 17 | IA | ??? |
| 1703 | 2 | termination | determination |
| 1724 | 16 | Seagull | Siegel |
| 1724 | 16 | Warton | Wharton |
| 1726 | 9 | primary number | prime rate |
| 1741 | 1-2 | ...myself. QAnd you've never... | ...myself. Q    And you've never... |
| 1748 | 5 | indicated | indicator |
| 1754 | 17 | bed | Bid |
| 1765 | 3 | Singfield | Sinquefield |
| 1768 | 24 | $215 | $250 |
| 1777 | 23 | expurling (phonetic) | exploding |
| 1782 | 10 | 150 | $150 |
| 1807 | 16 | They're merely | There are a myriad of |
| 1810 | 24 | FCC | SEC |
| 1811 | 8 | FCC | SEC |
| 1819 | 7 | FCC | SEC |

6

**EXHIBIT A**

**Deseret Management Corporation v. United States, Case No. 09-273T**

**TRIAL TRANSCRIPT ERRATA SHEET**

### Changes to Page Headings

February 27

| PAGE | EXISTING TEXT | CHANGE TO |
|------|---------------|-----------|
| 506-522 | Blank heading | Mecham - Direct |
| 541-583 | Mecham - Redirect | Ackerman - Direct |
| 593-648 | Ackerman - Redirect | Smulyan - Direct |
| 670-691 | Smulyan - Redirect | Reese - Direct |

March 1

| 1773 - 1779 | Hausen | Hausman |
|-------------|--------|---------|

### Corrections to "Contents" Pages of Transcripts - February 27

| PAGE | WITNESS | EXISTING TEXT DIRECT | CHANGE TO DIRECT |
|------|---------|----------------------|------------------|
| 503 | Mecham | - - | 506 |
| 503 | Ackerman | - - | 541 |
| 503 | Smulyan | - - | 593 |
| 503 | Reese | - - | 670 |

7

**EXHIBIT A**

**Deseret Management Corporation v. United States, Case No. 09-273T**

**TRIAL TRANSCRIPT ERRATA SHEET**

**Corrections to "Contents"**
**Pages of Transcript –**
 **March 1**

| PAGE | WITNESS | EXISTING TEXT | | CHANGE TO | |
|------|---------|---------------|---|-----------|---|
| | | REDIRECT | RECROSS | DIRECT | CROSS |
| 1601 | Jerry Hausman | 1721 | 1733 | 1721 | 1733 |
| 1601 | James R. Bond | 1784 | 1813 | 1784 | 1813 |

8

**EXHIBIT B**

**Deseret Management Corporation v. United States – Case No. 09-273T**

**Corrections to Exhibit
Descriptions**

| Plaintiff Exhibit No. | Corrected Description |
|---|---|
| 37 | 6/22/00 M Street Daily Newsletter |
| 39 | BIA Appraisal as of 10/6/00 of Radio Stations WRTH (AM) et al |
| 40 | BIA Consulting Appraisal as of 4/1/98 of Radio Station KZLA (FM) et al |
| 41 | BIA Consulting Appraisal as of 4/1/98 of Radio Stations KBIG (FM) et al |
| 42 | Expert report of James R. Bond, Jr. regarding Fair Market Value of FCC License of Radio Station KZLA FM as of 10/6/00 |
| 43 | Rebuttal Report of James R. Bond Jr. |
| 44 | Rebuttal Expert Report of Professor Jerry A. Hausman |
| 45 | Expert Report of John Seabrook Regarding Reclassification of Assets |
| 46 | Expert Report of Stanley M. Besen, Ph.D. 8/27/10 |
| 47 | Expert Report of Robin V. Flynn Regarding Fair market Value as of 10/6/00 |
| 48 | Excel Spreadsheet for 1/10/11 Expert Report of Robin V. Flynn produced on 3/16/11 |
| 50 | KZLA FM FCC License |

1

**EXHIBIT B**

**Deseret Management Corporation v. United States – Case No. 09-273T**

| 51 | Notice of Proposed Adjustment 2/28/05 (Issue No. 19) |
| 52 | Notice of Proposed Adjustment 3/8/05 (Issue No. 7b) |
| 57 | Valuing A Business, Pratt, Reilly & Schweiss (4th Ed.) pp. 317-320 |

| Defendant Exhibit No. | Corrected Description |
|---|---|
| 5 | Bond & Pecaro: Current Valuations Issues, FASB 164 |
| 9 | Bond & Pecaro: Implementing the Guidelines: FASB Statement 142 (5/02) |
| 11 | Mentions of Goodwill in Station Trades (12/28/10) |
| 12 | Radio Station Sales in LA, Year 2000 (12/28/10) |
| 14 | Beasley Broadcast Group Inc. Form 10-Q (9/30/00) |
| 15 | Big City Radio Inc. Form 10-Q (9/30/00) |
| 16 | Citadel Communications Corp Form 10-Q (9/30/00) |
| 17 | Cox Radio Inc. Form 10-q (9/30/00) |
| 23 | Regent Communications Inc. Form 10-Q (9/30/00) |
| 32 | Expert Report Regarding Fair Market Value of FCC License and Goodwill of Radio Station KZLA FM (supplemented 8/29/11) |

**EXHIBIT B**

**Deseret Management Corporation v. United States – Case No. 09-273T**

| Joint Exhibits No. | Corrected Description |
|---|---|
| 1 | BIA Financial Network Inc. Appraisal of KZLA as of 10/6/00 |
| 2 | Form letter 950 (30 Day Letter) for tax years 2000-2002 to DMC |
| 4 | Form 4340, Cert of Assessments, etc. for DMC for tax year 2000 |
| 5 | Form 4340, Cert of Assessments, etc. for DMC for tax year 2001 |
| 6 | Form 4340, Cert of Assessments, etc. for DMC for tax year 2002 |
| 7 | Amended U.S. Corp Income tax return for tax year 2000 Claim for Refund |
| 8 | Form letter 569 (2/19/09) re: Claim for Refund |
| 9 | Form 2297 Waiver of Statutory Notice (3/04/09) |
| 10 | Form 3363, Acceptance of Disallowance of Claim for Refund (3/4/09) |
| 11 | DMC letter of transmittal to IRS for Form 2297, 3363 (3/4/09) |
| 12 | Letter from B. Reese to BHC 4/19/00 |
| 13 | Letter from B. Reese to J. Smulyan, 4/28/00 |
| 14 | Letter to Intent (BIC, BHC, Emmis) (6/21/00) |
| 15 | Asset Exchange Agreement (BIC, BHC, Emmis) (10/6/00) |

3

**EXHIBIT B**

**Deseret Management Corporation v. United States – Case No. 09-273T**

**Missing Plaintiff's
Exhibits, All Identified
on p. 26 and Received
on p. 58**

Exhibit No.                     Description

33                              Defendants' Supp. Response to Interrogatories

34                              FCC Review of Radio Industry, 2001

35                              Coleman Research, Inc. Report on KZLA (1999)

36                              Coleman Research PowerPoint Presentation on KZLA (1999)

53                              Notice of Proposed Adjustment 4/4/05 (Issue No. 32)

**Other Corrections to
Plaintiff's Exhibits**

58                              Remove from list

60                              Remove from list

**Addition to Plaintiff's
Exhibits**

59                              CD-ROM containing plaintiff's updated Excel spreadsheets, filed
                                3/19/12

**Addition to
Defendant's Exhibits**

49-A                            CD-ROM containing defendant's updated excel spreadsheets, filed
                                3/9/12

4