# In The United States Court of Federal Claims

No. 09-273T

(Filed: May 15, 2012)

_____

DESERET MANAGEMENT CORPORATION,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On May 2, 2012, the parties filed a joint motion for an enlargement of 45 days of the court's deadlines for post-trial briefing. The motion is hereby **GRANTED**. Accordingly:

1. On or before July 13, 2012, the parties shall simultaneously file post-trial briefs. Initial post-trial briefs shall not exceed 100 pages; and

2. On or before August 14, 2012, the parties shall simultaneously file replies to the initial post-trial briefs. The reply briefs shall not exceed 60 pages.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge