# In The United States Court of Federal Claims

No. 09-273T

(Filed: July 3, 2012)

_____

DESERET MANAGEMENT CORPORATION,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Today, defendant filed an unopposed motion for extension of time of 5 days from July 13, 2012, to and including July 18, 2012 for the parties to file their opening post-trial briefs. The motion is hereby **GRANTED**. Accordingly:

1. On or before July 18, 2012, the parties shall simultaneously file post-trial briefs; and

2. On or before August 20, 2012, the parties shall simultaneously file replies to the initial post-trial briefs.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge