# In The United States Court of Federal Claims

No. 09-273T

(Filed: October 3, 2012)

_____

DESERET MANAGEMENT CORPORATION,

       Plaintiff,

v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**

_____

    Closing argument will be held in this case on Tuesday, November 20, 2012, at 10:00 a.m. (EST), at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the closing argument.

    **IT IS SO ORDERED.**

                                               s/ Francis M. Allegra  
                                               Francis M. Allegra  
                                               Judge