# In The United States Court of Federal Claims

No. 09-273T

(Filed: June 25, 2013)

_____

DESERET MANAGEMENT CORPORATION,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On March 9, 2012, defendant filed its rebuttal expert's revised spreadsheet. On March 19, 2012, plaintiff filed its revised spreadsheet. On July 20, 2012, the parties filed their post-trial briefs. While plaintiff's post-trial briefing contains numbers that correspond to its revised spreadsheet, defendant's post-trial briefing alleges that goodwill/going concern value should be valued at $19.8 million, which does not correspond to its post-trial spreadsheet. On or before June 28, 2013, defendant shall file an updated spreadsheet that corresponds with the numbers in its post-trial briefing (and is not otherwise modified).

**IT IS SO ORDERED.**

                                                 s/ Francis M. Allegra
                                                 Francis M. Allegra
                                                 Judge