# In The United States Court of Federal Claims

No.  09-273T

(Filed:  October 16, 2013)

_____

DESERET MANAGEMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

_____

**ORDER**

_____

On October 15, 2013, plaintiff filed a status report indicating that, as a result of the government shutdown, defendant's counsel has been unable to confer with IRS counsel regarding the amount of the judgment to be entered in this case.  Accordingly, on or before November 13, 2013, the parties shall file a joint status report indicating whether they have reached an agreement on the amount of judgment and, if they have not reached an agreement, a proposed schedule for reaching such an agreement.

**IT IS SO ORDERED.**

s/ Francis M. Allegra_____
Francis M. Allegra
Judge