# In The United States Court of Federal Claims

No. 09-273T

(Filed: December 2, 2013)

_____

DESERET MANAGEMENT CORPORATION,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On November 7, 2013, the parties filed a joint stipulation for entry of judgment. The clerk is hereby ordered to enter judgment in favor of plaintiff in the amount of $25,572,074 for tax year 2000, $656,900 for tax year 2001 and $791,845 for tax year 2002; previously-paid assessed interest of $3,650,951; and overpayment interest as provided in 26 § U.S.C. 6621(a)(1). The parties are directed to bear their own costs, including any attorneys' fees or expenses of litigation.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge